✓ FILED ___ ENTERED
____ LOGGED _____ RECEIVED

11:33 am, Aug 21 2026

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY KM Deputy

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. 26-mj-2199-CDA** |
| | * | |
| **JIMY SAMUEL GODOY ALFARO** | * | |
| | * | |
| **Defendant** | * | |
| | * | |

*******

## MOTION TO UNSEAL

The United States of America, by counsel, moves this Honorable Court for an order unsealing the complaint, arrest warrant, and case, and all other docket entries in the above-captioned matter. The Defendant is in state custody (with a federal detainer is lodged), thereby obviating the need to maintain the case under seal any longer.

**WHEREFORE**, the Government requests that the complaint and all other docket entries be unsealed.

Respectfully submitted,

Kelly O. Hayes,
United States Attorney

Digitally signed by MICHAEL HANLON
Date: 2026.08.21 09:15:45 -04'00'

By: ______________________________
Michael C. Hanlon
Assistant United States Attorney

**ORDERED** as prayed, this ____ day of August 2026.

______________________________
Hon. Chelsea J. Crawford
United States Magistrate Judge