✓ FILED ___ ENTERED
____ LOGGED _____ RECEIVED

11:35 am, Aug 21 2026

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY KM Deputy

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. 26-mj-2199-CDA** |
| | * | |
| **JIMY SAMUEL GODOY ALFARO** | * | |
| | * | |
| **Defendant** | * | |
| | * | |

*******

**MOTION TO UNSEAL**

The United States of America, by counsel, moves this Honorable Court for an order unsealing the complaint, arrest warrant, and case, and all other docket entries in the above-captioned matter. The Defendant is in state custody (with a federal detainer is lodged), thereby obviating the need to maintain the case under seal any longer.

**WHEREFORE**, the Government requests that the complaint and all other docket entries be unsealed.

Respectfully submitted,

Kelly O. Hayes,
United States Attorney

Digitally signed by MICHAEL HANLON
Date: 2026.08.21 09:15:45 -04'00'

By: ______________________________
Michael C. Hanlon
Assistant United States Attorney

**ORDERED** as prayed, this 21st day of August 2026.

______________________________
Hon. Chelsea J. Crawford
United States Magistrate Judge